[Civil No. 526.]

PINAL COUNTY, Appellant, v. J. J. FRASER, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Fletcher M. Doan, and C. W. Wright, for Appellant.

J. S. Sniffen, and E. J. Edwards, for Appellee.

May 5, 1896. Affirmed.

---

[Civil No. 527.]

PINAL COUNTY, Appellant, v. THOMAS F. WEEDIN, Clerk of District Court, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Fletcher M. Doan, for Appellant.

Edwards & Lovell, for Appellee.

May 5, 1896. Affirmed.

---

[Civil No. 528.]

PINAL COUNTY, Appellant, v. THOMAS F. WEEDIN, Clerk of District Court, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. Owen T. Rouse, Judge.

Fletcher M. Doan, for Appellant.

Edwards & Lovell, for Appellee.

May 5, 1896. Affirmed.